JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY BAKER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WILLIAM BRATTON et al.,<br><br>　　　　　Defendants.<br>_____ | Case No.: **CV07-3026 AHM (FMOx)**<br><br>**ORDER OF DISMISSAL**<br><br>[FRCP 41(a)(1)(A)(ii)] |

　　　Pursuant to the stipulation of counsel and *pro se* Plaintiff Geoffrey Baker, the action is hereby dismissed with prejudice, each side to bear its own fees and costs; provided, however, that this order shall not affect Plaintiff Baker's rights, if any, to participate in the class settlement in case no. CV07-3072 AHM (FMOx), *Multi-Ethnic Immigrant Workers Organizing Network (MIWON) et al. v. City of Los Angeles et al.*

　　　IT IS SO ORDERED.

Dated: May 11, 2009

JS-6

_____
Honorable A. Howard Matz
United States District Judge

1